**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| JOHN F. COLLINS, ) | |
| ) | |
| Plaintiff, ) | **Case No. 5:18-cv-2082** |
| ) | |
| v. ) | **Judge Dan Aaron Polster** |
| ) | |
| NANCY A. BERRYHILL, ACTING ) | **OPINION & ORDER** |
| COMM'R OF SOC. SEC., ) | |
| ) | |
| Defendant. ) | |

Before the Court is the Report and Recommendation of Magistrate Judge David A. Ruiz ("R&R") (Doc #: 14). Magistrate Judge Ruiz recommends that the Court affirm the decision of the Administrative Law Judge ("ALJ") denying Plaintiff John F. Collin's applications for a Period of Disability ("POD"), Disability Insurance Benefits ("DIB"), and Supplemental Security Income ("SSI") under Titles II and XVI of the Social Security Act, 42 U.S.C. §§ 416(i), 423, 1381 *et seq*. ("Act"). On August 13, 2019, Collins filed a Response to the R&R, Doc #: 15, informing the Court that he will not be filing Objections to the R&R. Nonetheless, the Court has carefully reviewed Magistrate Judge Ruiz's thorough R&R. The Court agrees with Magistrate Judge Ruiz that the ALJ adequately applied the SSR 16-3P factors in assessing the credibility of Collins's statements concerning the effects of his symptoms and that the ALJ's findings were supported by substantial evidence. Consequently, the Court agrees with the Magistrate Judge that the Commissioner's final decision should be affirmed.

Accordingly, the Court **ADOPTS** the R&R, Doc #: 14, in full and **DISMISSES** the above-captioned case.

**IT IS SO ORDERED.**

> */s/ Dan Aaron Polster Aug. 13, 2019*
> **DAN AARON POLSTER**
> **UNITED STATES DISTRICT JUDGE**